# MEMORANDUM CASES.

[S. F. No. 8355. In Bank.—May 17, 1917.]

## C. A. HOOPER & CO. (a Corporation), Petitioner, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, etc., Respondent.

RAILROAD COMMISSION—PRIORITY IN USE OF WATER—RECOGNITION OF RIGHTS OF CONSUMERS.—The Railroad Commission has recognized the existence of the rights of consumers in proper cases to priority in the use of water, and a writ of review will not lie to compel the commission to determine such priority in a case where it does not consider it necessary so to do.

APPLICATION for a Writ of Review against the Railroad Commission of the State of California.

The facts are stated in the opinion of the court.

Samuel Spring, and Titus, Creed, Jones & Dall, for Petitioner.

THE COURT.—In denying the application for a writ of review in this matter it is proper to say that the Railroad Commission has not denied the right of consumers in proper causes to priority in the use of water.

On the contrary, it has in its opinion distinctly recognized the existence of such rights, and in its order denying a rehearing has expressly stated that "if petitioner has any such prior rights, they are not interfered with by the order of January 25, 1917." This is clearly true.

Petitioner here seeks by review to have us compel the commission to determine such priority in a case where the commission itself does not consider it necessary to do so. Doubtless when proper occasion arises, the commission will determine such priority in accordance with the law.

The application for a writ of review is denied.